IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10175
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

ERIC ANTHONY THOMAS,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:93-CR-13
- - - - - - - - - -
October 24, 1996

Before POLITZ, Chief Judge, and JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

    Eric Anthony Thomas appeals from his judgment of conviction. He argues that the district court erred by denying his motion to suppress because his vehicle was illegally impounded and the police conducted an improper inventory search in violation of the Fourth Amendment.  This issue is foreclosed by the law-of-the-case doctrine.  See Chevron U.S.A., Inc. v. Traillour Oil Co., 987 F.2d 1138, 1150 (5th Cir. 1993).  Accordingly, the judgment

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of the district court is AFFIRMED.